UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-06149-WLH-E | Date | November 6, 2026 |
| Title | ***Yuan Liu v. David J. Venturella et al.*** | | |

| | |
|---|---|
| Present: The Honorable | WESLEY L. HSU, United States District Judge |

| | |
|---|---|
| Claudia Garcia-Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER EXTENDING TEMPORARY RESTRAINING ORDER FOR FOURTEEN DAYS AND ORDER TO SHOW CAUSE**

On October 29, 2026, the Court issued a temporary restraining order ("TRO") ordering Respondent to immediately release Petitioner Yuan Liu from detention and enjoining Respondent "from continuing to detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, unless she is provided with an individualized bond hearing (with reasonable notice and opportunity to prepare) before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order, unless Petitioner requests a continuance and then within the time requested by Petitioner." (TRO at 15 (emphasis added)). (TRO, Dkt. No. 13). The Court further ordered Respondent to show cause as to why the TRO should not be adopted as the final judgment in the case (the "OSC"). (*Id.*). On October 30, 2026, Respondent filed a Notice of Release, indicating that Petitioner had been released from detention, as required by the TRO. (*See* Ex. A ("Release Documentation"), Dkt. No. 14-1). On the same day, Respondent filed a Response to the OSC. (Response to OSC, Dkt.

No. 14). On November 6, 2026, the Court held a hearing and heard oral arguments. Before the hearing, the Court issued a tentative order. The Court **ORDERS** Petitioner to show cause by November 13, 2026, of whether this Court has authority to impose a notice requirement on the government before it re-detains Petitioner if there is a Notice of Removal issued as to Petitioner. Based on the parties' stipulation to an extension of the TRO at the hearing, the Court hereby **EXTENDS** the TRO at Docket Number 13 for an additional fourteen (14) days from this Order, with the exception of Paragraph Two of the TRO's Conclusion, which is hereby replaced by the following paragraph:

Respondent is **ENJOINED** from continuing to detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, unless she is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) during the pendency of this Order, unless Petitioner requests a continuance and then within the time requested by Petitioner. This Order does not preclude Respondent from either (1) duly issuing a Notice of Final Removal and following the appropriate procedures for mandatory detention and removal pursuant to that Notice, or (2) re-detaining Petitioner after this Court's Order expires or is finalized, subject to the procedures required for a lawful discretionary detention.

**IT IS SO ORDERED.**